**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

| | |
|---|---|
| EMILY HADLEY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:22-CV-318-GNS |
| ) | |
| SPEEDWAY, LLC ) | Removed from Jefferson Circuit Court |
| ) | Civil Action No. 22-CI-002494 |
| Defendant. ) | |

## NOTICE OF REMOVAL

For its Notice of Removal of this action from Jefferson County Circuit Court, Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division, Defendant Speedway LLC ("Defendant"), states as follows:

1. On or about May 20, 2022, Plaintiff Emily Hadley ("Plaintiff") filed a Complaint in Jefferson County Circuit Court, bearing No. 22-CI-002494. Defendant was served with a Summons and Plaintiff's Complaint on May 23, 2022. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant are attached to this Notice of Removal as **Exhibit A**.

2. Based upon the allegations in Plaintiff's Complaint, Plaintiff is a citizen of Kentucky.

3. Speedway LLC is a Delaware limited liability company wholly-owned by SEI Speedway Holdings, LLC. SEI Speedway Holdings, LLC is a Delaware limited liability company with its principal place of business in Texas and wholly-owned by 7-Eleven, Inc. 7-Eleven, Inc. is a Texas corporation, with a principal place of business in Texas. Defendant is not a citizen of Kentucky.

4. Defendant may remove this action to this Court pursuant to 28 U.S.C. §1441, as this is an action between citizens of different states.

5. In the Complaint, Plaintiff does not set forth a specific amount of damages claimed against Defendant. Plaintiff claims "medical expenses, both past and future, physical and mental pain and suffering, both past and future, increased risk of harm, wage loss, mental anguish, and lost enjoyment of life". Additionally, Plaintiff alleges that she has required surgery, physical therapy and bone growth stimulation as a result of her injuries. Plaintiff has further alleged in excess of $85,000 in past medical expenses. Plaintiff's itemization of medical bills attached as **Exhibit B**. Therefore, Speedway has a good faith belief that Plaintiff is seeking an amount in excess of Seventy-Five Thousand dollars ($75,000).

6. This Notice of Removal is timely because Speedway filed it within thirty (30) days of Speedway's receipt of Plaintiff's Complaint and within one year of the commencement of this action, as required by 28 U.S.C. § 1446(b).

Respectfully submitted,

FROST BROWN TODD LLC

*/s/ Andrew M. Palmer*
D. Christopher Robinson
Andrew M. Palmer
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 589-5400 - Phone
(502) 581-1087 - Fax
crobinson@fbtlaw.com
apalmer@fbtlaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on June 14, 2022 which will send a notice of electronic filing to those registered to receive the service.

Liam H. Michener
Masters, Mullins & Arrington
1012 S. Fourth Street
Louisville, KY 40203
***Counsel for Plaintiff***

                */s/ Andrew M. Palmer*
                *Counsel for Defendant*

0126183.0757979   4872-7292-1891v1