# EXHIBIT A

# CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Speedway LLC
Casey Pennell Legal Assistant
7-Eleven, Inc.
3200 Hackberry Road
Irving TX 75063

05/24/2022

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2022-1370

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Speedway LLC |
| 2. | **Title of Action:** | Emily Hadley vs. Speedway LLC |
| 3. | **Document(s) Served:** | KCOJ eFiling Cover Sheet<br>Civil Summons<br>Complaint |
| 4. | **Court/Agency:** | Jefferson County Circuit Court |
| 5. | **State Served:** | Kentucky |
| 6. | **Case Number:** | 22-CI-002494 |
| 7. | **Case Type:** | Negligence/Personal Injury |
| 8. | **Method of Service:** | Certified Mail |
| 9. | **Date Received:** | Monday 05/23/2022 |
| 10. | **Date to Client:** | Tuesday 05/24/2022 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 20<br>Sunday 06/12/2022 | <u>CAUTION:</u> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Masters, Mullings & Arrington<br>Louisville, KY<br>502-582-2900 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 181 |
| 16. | **Notes:** | None |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

David L. Nicholson, Jefferson
Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

Case Number: 22-CI-002494



**USPS CERTIFIED MAIL**

9236 0901 9403 8377 0938 18

Restricted Delivery

CORPORATE CREATIONS NETWORK INC.
101 NORTH SEVENTH STREET
LOUISVILLE, KY 40202



## KCOJ eFiling Cover Sheet

Case Number: 22-CI-002494

Envelope Number: 4630936

Package Retrieval Number: 463093631580629@00001002364

Service by: Certified Mail

Service Fee:  $ 0.00

Postage Fee: $ 13.33

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Page 1 of 1         Generated: 5/20/2022 9:13:16 AM

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

ackage : 000001 of 000008

This page was intentionally left blank

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **22-CI-002494**<br>Court:    **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **HADLEY, EMILY VS. SPEEDWAY, LLC**, *Defendant*

TO:  **CORPORATE CREATIONS NETWORK INC.**
     **101 NORTH SEVENTH STREET**
     **LOUISVILLE, KY 40202**

Memo: Related party is SPEEDWAY, LLC

The Commonwealth of Kentucky to Defendant:
**SPEEDWAY, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Davis L. Nicholsn

Jefferson Circuit Clerk
Date: **5/20/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 463093631580629@00001002364
CIRCUIT: 22-CI-002494 Certified Mail
HADLEY, EMILY VS. SPEEDWAY, LLC



Page 1 of 1




This page was intentionally left blank

CASE NO. 22-CI-_____          JEFFERSON CIRCUIT COURT
                                                            DIVISION _____ (____)

EMILY HADLEY                                                                   PLAINTIFF

## COMPLAINT

v.

SPEEDWAY, LLC                                                              DEFENDANT
500 Speedway Drive
Enon, OH 45323

SERVE:     CORPORATE CREATIONS NETWORK INC.
                101 NORTH SEVENTH STREET
                LOUISVILLE, KY 40202

                         \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

        Comes now the Plaintiff, Emily Hadley, by and through the undersigned counsel, and for her Complaint against Defendant, Speedway, LLC, states as follows:

### JURISDICTIONAL AVERMENTS

        1.) The incident giving rise to this action occurred in Louisville, Jefferson County, Kentucky.

        2.) At all times relevant hereto, Plaintiff Emily Hadley resided in Louisville, Jefferson County, Kentucky.

        3.) At all times relevant hereto, Defendant Speedway, LLC, a foreign corporation, with a principal address of 500 Speedway Drive, Enon, OH, was duly authorized to conduct business in the Commonwealth of Kentucky, and owned, operated and/or managed a Speedway gas station located at 1830 Blankenbaker Parkway, Louisville, Jefferson County, Kentucky, 40299.

        4.) At all times relevant hereto, Defendant has the required minimum contacts in Jefferson County, Kentucky to be subject to the jurisdiction of this Court.



5.) At all times relevant hereto, Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, had a duty to design, construct, inspect, repair and maintain their property and business in a reasonably safe condition, to provide a safe premises, and to discover, correct and warn business invitees of dangerous conditions of which the Defendant knew or should have known by the use of reasonable care.

## FACTS

6.) That at all times relevant hereto, the carpet situated in or around the doorway of the subject premises had an upturned corner, which created a dangerous tripping hazard in a heavily trafficked area.

7.) On or about May 23, 2021, Plaintiff, a business invitee, was inside the premises and walking towards door leading into and out of the premises of Speedway LLC, located at 1830 Blankenbaker Parkway in Louisville, Kentucky, when the upturned carpet on the floor caused the Plaintiff to trip and fall.

8.) That the Defendant breached its duty of care to the Plaintiff by negligently causing and/or permitting a dangerous condition to be present on the premises in an area where its business invitees, including Plaintiff, were permitted and could reasonably be expected to be.

9.) As a direct and proximate result of the negligent acts and/or omissions committed by Defendant, by and through its agents, ostensible agents, servants, employees, and/or representatives, Plaintiff was caused to incur medical expenses, both past and future, physical and mental pain and suffering, both past and future, increased risk of harm, wage loss, mental anguish, and lost enjoyment of life.

10.) Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

**WHEREFORE,** Plaintiff, by and through the undersigned counsel, respectfully demands judgment against Defendant as follows:

1. For an amount of compensatory damages that is fair and reasonable as established by the evidence;
2. For prejudgment interest from the date of injury until such time as judgment is paid;
3. For her costs herein expended, including attorney's fees;
4. For a trial by jury on all issues so triable; and
5. For all other relief to which she may appear entitled.

Respectfully Submitted,

*/s/ Liam H. Michener*
Liam H. Michener, KBA # 97295
Masters, Mullins & Arrington
1012 S. Fourth Street
Louisville, KY 40203
502-582-2900 – Phone
502-587-0931 – Fax
Attorney for Plaintiff



This page was intentionally left blank

MAY 2 3 2022